## JENKINS *v.* THE TERRITORY OF WYOMING.

PRACTICE PROCEEDINGS IN ERROR.—If the plaintiff in error fail to comply with the rules of the supreme court, in having the record prepared as prescribed by such rules, the proceedings in error will be dismissed, and a *writ of procedendo* awarded to the district court.

ERROR to the First District Court for Laramie County.

The plaintiff was tried in a justice's court for a misdemeanor, found guilty and sentenced to pay a fine. On appeal to the district court, the judgment of the lower court was affirmed. The plaintiff in error then filed her petition in error in the supreme court. The attorney for the defendant in error now moves to dismiss the cause for the following reasons, among others, to wit: Because the appellant or plaintiff in error has not caused the transcript attached to the petition in error in this cause to be paged, and has not caused any marginal notes to be placed on said transcript in their appropriate places, indicating the several parts of the pleading in the cause, the exhibits, orders of the court and bill of exceptions.

*W. W. Corlett*, for the motion.

*E. P. Johnson*, opposed.

By the Court, FISHER, C. J.: Motion to dismiss plaintiff's appeal. And now, to wit, March 28, 1876, after hearing arguments of counsel for and against the motion, it is ordered that the said motion be sustained, and *procedendo* to the court below be awarded.